**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| 3M COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>PRADEEP MOHAN<br><br>    Defendant. | Court File No. 09-CV-01413-ADM-FLN |

## NOTICE OF MOTION TO AMEND COMPLAINT AND ADD A PARTY

PLEASE TAKE NOTICE that on November 16, 2009 at 9:30 a.m. before Magistrate Judge Franklin L. Noel in Courtroom 9W, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, Plaintiff 3M Company will move the Court to amend its Complaint and file its Amended Complaint, as well as add 3M Innovative Properties Company as a party.

3M Company's motion is based upon its memorandum of law and supporting papers to be filed in accordance with the Local Rules, arguments of counsel, and all of the files, records and proceedings herein.

Dated: October 29, 2009

Of counsel:

Hildy Bowbeer
Assistant Chief Intellectual Property Counsel
3M Innovative Properties Company
3M Center, 220-9E-01
St. Paul, MN 55144
Telephone: (651) 737-3194

**MERCHANT & GOULD**

By:   s/Allen Hinderaker
    Allen Hinderaker #45287
    William Schultz #323482
    3200 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402-2215
    Telephone: (612) 332-5300
    Facsimile: (612) 332-9081

ATTORNEYS FOR PLAINTIFF
3M COMPANY