UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Company,                                    Civil 09-1413 ADM/FLN

       Plaintiff,

   v.                                          O R D E R

Pradeep Mohan,

       Defendant.
_____

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated February 18, 2010, all the files

and records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that Defendant's motion to change venue [#2] is

DENIED.


DATED: March 5, 2010                          s/Ann D. Montgomery
                                      _____
                                      JUDGE ANN D. MONTGOMERY
                                      United States District Court