# EXHIBIT 2

# Merchant & Gould
An Intellectual Property Law Firm



## William D. Schultz

612.336.4677
wschultz@merchantgould.com

Minneapolis Office
3200 IDS Center
80 S. 8th Street
Minneapolis, MN 55402 USA

612.332.5300 phone
612.332.9081 fax

Will specializes in online trademark and copyright litigation matters. Using UDRP, federal court litigation, and simple persuasion, Will has secured the return of hundreds of domain names to trademark owners. He has also assisted multiple clients regarding strategies relating keyword advertising. From counseling clients related to the use of appropriate keywords to filing federal lawsuits regarding trademark infringement and unfair competition, Will is at the forefront of this issue. He has authored articles and presented seminars regarding keyword advertising.

Beyond Will's legal experience related to domain names, keyword advertising, and other online trademark and copyright matters, Will has worked in the industry. He worked in Internet applications and Web marketing for five years before entering the practice of law. He continues to maintain active websites today in order to get a first hand look at the issues surrounding the use of trademarks in advertising.

Will has specific experience related to trademark matters in the banking industry. Last year, he represented a bank in a trial regarding its trademark and trade name. Before that case, he litigated a lawsuit regarding the trade name of a federal credit union. He has also represented a financial institution in a trademark matter concerning processing checks and yet another company who manufactures checks and other banking forms. The latter dealt with trademark infringement related to keyword advertising.

Atlanta

Denver

Knoxville

Madison

Minneapolis

New York

Seattle

Washington DC

www.merchantgould.com

# William D. Schultz (Continued)

**Education**

Drake University Law School
*High Honors, 2002*
*Law Review*
*Order of the Coif*
*Order of the Barristers*
*American College of Trial Lawyers National Moot Court Competition*
*National Institute for Trial Advocacy (NITA) Mock Trial Competition*
*American Trial Lawyers Association Mock Trial Competition*
*CALI Excellence for the Future Award in Patent Law and Intellectual Property Litigation*

Drake University
*Business and Marketing, 1999*
*With Honors*
*Summa Cum Laude*

**Bar Admissions**

Minnesota State Bar, 2002
Minnesota Federal Bar, 2002
U.S. District Court, District of Minnesota, 2002
U.S. Court of Appeals for the Seventh Circuit, 2006
U.S. Court of Appeals for the Eighth Circuit, 2006

**Professional Affiliations**

American Bar Association
American Intellectual Property Association
Minnesota Intellectual Property Association
Minnesota State Bar Association

**Intellectual Property Teaching and Coaching**

Adjunct Instructor: Communications Law, University of St. Thomas
Adjunct Professor, Intellectual Property Moot Court, University of Minnesota Law School
Coach, Giles Rich Intellectual Property Moot Court Team, University of Minnesota Law School (won National title in 2007)
Coach, American Mock Trial Association, Drake University

**Advocacy Honors**

Senior Advocacy Award, Drake University
Honoree of the 18th Annual National Mock Trial, American Mock Trial Association
National Champion, American College of Trial Lawyers National Moot Court Competition
Best Oralist, American College of Trial Lawyers National Moot Court Competition
National Finalist, American Trial Lawyers Association Mock Trial Team
American College of Trial Lawyers Outstanding Oralist Award
All American Attorney Award, American Mock Trial Association

**Speaking Engagements**

"Leveraging and Protecting Proprietary Information Overseas: Conforming Company Culture to Operate on a Global Scale," co-presented at the American Conference Institute Strategic Intellectual Property Planning Conference in Scottsdale, Arizona on February 28, 2008.

Atlanta

Denver

Knoxville

Madison

Minneapolis

New York

Seattle

Washington DC

www.merchantgould.com

## William D. Schultz (Continued)

Dell's 'Cloud Computing' Trademark Bid Sparks Debate", IP Law 360, August 2008.

"Domain Brand Reinforcement Offers New Challenges Post-ICANN", Intellectual Property Today, August 2008.

Co-Host for ABA Roundtable Discussion regarding Software Trademark Law v. The Internet in June 2008.

"Leveraging and Protecting Proprietary Information Overseas: Conforming Company Culture to Operate on a Global Scale," co-presented at the American Conference Institute Strategic Intellectual Property Planning Conference in Scottsdale, Arizona on February 28, 2008.

"Solutions For Trademark Holders" relating to Registerfly.com domain name registrar accreditation issues, IP Law 360, June 19, 2007.

"Protecting Intellectual Property When Representing Foreign Clients," co-presented at the American Conference Institutes Identifying and Protecting Trade Secrets Conference in San Francisco, California on June 13, 2007.

"Trademarks on the Internet: An Update on Metatags, Sponsored Links and Pop-Up Ads," The IP Book 4th Edition, 2006.

Co-Host for ABA Roundtable Discussion regarding Software Patent Litigation in April 2006.

### Areas of Focus

Computer, Domain Name and Internet Disputes
Trademark Infringement, Unfair Competition, and Counterfeiting
Trademark Counseling (Brand Audits, Website Audits, Licensing)
Copyright Litigation and Licensing

### Representative Cases

Domain Name Dispute: Represented publishing client in federal district court litigation action related to domain name and trademark infringement. Successfully stopped defendant from using names. In separate matters for client, initiated Uniform Domain-Name Dispute Resolution Policy (UDRP) proceedings relating to cybersquatters to successfully acquire domain names for client.

Copyright Litigation Matters: Led litigation relating to licensing disputes regarding music played in eating and drinking establishments. Successfully obtained judgments against defendants infringing on client's copyrights.

Website Audit and Terms of Use: Conducted audit of web-based company's website in relation to trademark, copyright, and privacy issues. Prepared updated terms and conditions of use in relation to website.

Brand Audit: Created brand audit form for agricultural client. Initiated world-wide trademark audits regarding key marks used by client.

Federal Trademark Litigation: Initiated federal trademark litigation against motorcycle manufacturer's use of recreational sport manufacturer client's trademark. The end result stopped the defendant from using the mark and the client acquired the relevant domain name.

Atlanta

Denver

Knoxville

Madison

Minneapolis

New York

Seattle

Washington DC

www.merchantgould.com